**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOEY GRIFFIN,**

                              **Plaintiff,**              **7:12-cv-976**
                                                          **(GLS/ESH)**

              **v.**

**CAROLYN W. COLVIN,**
Acting Commissioner of Social
Security,

                              **Defendant.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Olinsky Law Group                    HOWARD D. OLINSKY, ESQ.
300 S. State Street
5th Floor, Suite 520
Syracuse, NY 13202

Legal Aid Society of                 MICHAEL J. TELFER, ESQ.
Northeast New York
55 Colvin Avenue
Albany, NY 12206

**FOR THE DEFENDANT:**
HON. RICHARD S. HARTUNIAN            KRISTINA D. COHN
United States Attorney               MARIA P. FRAGASSI
100 South Clinton Street             SANTANGELO
Syracuse, NY 13261                   Special Assistant U.S. Attorneys

Steven P. Conte
Regional Chief Counsel
Social Security Administration
Office of General Counsel, Region II

26 Federal Plaza, Room 3904
New York, NY 10278

**Gary L. Sharpe**
**Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Plaintiff Joey Griffin challenges defendant Commissioner of Social Security's denial of Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI), seeking review under 42 U.S.C. §§ 405(g) and 1383(c)(3). (Compl., Dkt. No. 1.) In a Report and Recommendation (R&R) filed September 18, 2013, Magistrate Judge Earl S. Hines recommended that the Commissioner's decision be affirmed and Griffin's complaint be dismissed.[1] (R&R, Dkt. No. 18.) Pending are Griffin's objections to the R&R. (Dkt. No. 19.) For the reasons that follow, the court adopts the R&R in its entirety.

### II. Background[2]

On January 29, 2009, Griffin filed applications for DIB and SSI

_____

[1] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed. (Dkt. No. 18.)

[2] The court incorporates the factual recitations of the parties and Judge Hines. (Dkt. Nos. 12, 15; *see also* Admin. Tr., Dkt. No. 9.)

under the Social Security Act.  (R&R at 2; Tr.[3] at 53-54, 101-12.)  After his

applications were denied, Griffin requested a hearing before an

Administrative Law Judge (ALJ), which was held on July 27, 2010.  (Tr. at

33-52, 55-62, 65-67.)  On September 22, 2010, the ALJ issued a decision

denying the requested benefits, which became the Commissioner's final

determination upon the Social Security Administration Appeals Council's

denial of review.  (*Id.* at 5-9, 18-31.)

Griffin commenced the present action by filing his complaint on June

15, 2012 seeking judicial review of the Commissioner's determination.

(Compl.)  After receiving the parties' briefs, Judge Hines issued an R&R

recommending that the Commissioner's decision be affirmed.  (*See*

*generally* R&R.)

## III.  <u>Standard of Review</u>

By statute and rule, district courts are authorized to refer social

security appeals to magistrate judges for proposed findings and

recommendations as to disposition.  *See* 28 U.S.C. § 636(b)(1)(A), (B);

N.D.N.Y. L.R. 40.1, 72.3(d); General Order No. 18.  Before entering final

_____

[3] Page references preceded by "Tr." are to the Administrative
Transcript.  (Dkt. No. 9.)

judgment, this court reviews report and recommendation orders in cases it has referred to a magistrate judge.  If a party properly objects to a specific element of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations *de novo*.  *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484GLS, 2006 WL 149049, at *3, *5 (N.D.N.Y. Jan. 18, 2006).  In cases where no party has filed an objection, only vague or general objections are made, or a party resubmits the same papers and arguments already considered by the magistrate judge, this court reviews the findings and recommendations of the magistrate judge for clear error.  *See id.* at *4-5.

## IV.  Discussion

Griffin purports to object to the R&R on two grounds.  First, he asserts that Judge Hines improperly found that the ALJ's residual functional capacity determination was supported by substantial evidence, and, second, he argues that Judge Hines' "[s]tep [five] recommendation should be rejected."  (Dkt. No. 19 at 1-3.)  The substance of these arguments, however, was previously raised in Griffin's brief and considered and rejected by Judge Hines.  (Dkt. No. 12 at 10-13, 20-21; R&R at 6-14, 24-27.)  Griffin's "objections," therefore, are general and do not warrant *de*

4

*novo* review.  *See Almonte*, 2006 WL 149049 at \*4.  The court, having carefully reviewed the record, finds no clear error in the R&R and accepts and adopts it in its entirety.

## V.  Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Earl S. Hines' September 18, 2013 Report and Recommendation (Dkt. No. 18) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and Griffin's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties.

**IT IS SO ORDERED.**

January 27, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court